IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
EASTERN (DUBUQUE) DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 24-CR-01038-CJW |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| DAVID ALLAN PARKER and | ) | |
| CHRISTOPHER ALLEN PUCCIO, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |
| | ) | |

## LOCAL CRIMINAL RULE 7 STATEMENT

Pursuant to Local Criminal Rule 7, the United States respectfully submits the following brief statement describing the difference between the Superseding Indictment (filed on February 26, 2025) and the Second Superseding Indictment.

Count 1:    Timothy Herman has been removed as a co-defendant from Count 1 as he has already pled guilty, and the government has alleged 851-predicate convictions as to David Parker.

Count 2:    The government has alleged 851-predicate convictions as to David Parker.

Count 3:    Count 3 in the Second Superseding Indictment was Count 4 in the Superseding Indictment. Count 3 in the Superseding Indictment has been removed as Timothy Herman as pled guilty.

Count 4:            Count 4 in the Second Superseding Indictment has been added.

Respectfully submitted,

TIMOTHY T. DUAX
United States Attorney

By, */s/ Dillan Edwards*

DILLAN EDWARDS
Assistant United States Attorney
111 7th Avenue SE, Box 1
Cedar Rapids, IA  52401-2101
(319) 363-6333
Dillan.Edwards@usdoj.gov

2