







Case 2:24-cr-01038-CJW-MAR    Document 91-1    Filed 08/30/25    Page 2 of 11








2024-09-19 10:43:31 -0500
AXON BODY 3 X60A8322H

0:02:40

0:08:15

WARRANT_SERVICE_subtitled



WARRANT_SERVICE_subtitled

   



Case 2:24-cr-01038-CJW-MAR     Document 91-1     Filed 08/30/25     Page 5 of 11



2024-09-19 10:44:50 -0500
AXON BODY 3 X60A8322H

WARRANT_SERVICE_subtitled

0:03:59

0:06:56



2024-09-19 10:45:12 -0500
AXON BODY 3 X60A8322H

0:04:21                                                                                      0:06:34

WARRANT_SERVICE_subtitled

2024-09-19 10:45:36 -0500
AXON BODY 3 X60A8322H

0:04:45 0:06:10

WARRANT_SERVICE_subtitled

















2024-09-19 10:45:46 -0500
AXON BODY 3 X60A8322H

0:04:55                                                                 0:06:00

WARRANT_SERVICE_subtitled










2024-09-19 10:46:31 -0500
AXON BODY 3 X60A8322H

0:05:41                                                                                                                              0:05:14

WARRANT_SERVICE_subtitled